# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-3126
_____

GENARD W. BARR,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


June 5, 2024


PER CURIAM.

DISMISSED. *See Shirah v. State*, 285 So. 3d 375 (Fla. 1st DCA 2019) (denying petition alleging ineffective assistance of appellate counsel as premature because judgment and sentence had not yet become final).

B.L. THOMAS, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Genard W. Barr, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.